UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant.* | Civil Action No. 1:22-cv-1427-RC |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff hereby cross-moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this motion, Plaintiff respectfully refers the Court to the accompanying memorandum of law, and statement of undisputed material facts. A proposed order is also attached.

Dated: December 2, 2024

Washington D.C.

Respectfully submitted,

By: /s/ *Michael Ding*
Michael Ding (D.C. Bar No. 1027252)
Jacob Meckler (D.C. Bar No. 90005210)
Tel: (202) 964-3721
E-mail: Michael.Ding@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003

*Counsel for America First Legal Foundation*