UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 22-1427 (RC) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Summary Judgment and the entire record herein, it is hereby

ORDERED that Plaintiff's Motion is GRANTED

ORDERED that Defendant's Motion is DENIED

ORDERED that Defendant shall produce the "Request to Recommend a Section 3553 Variance or Departure from the Advisory Sentencing Guidelines" labeled "WIF Doc 2" in the *Vaughn* Index to Plaintiff's Counsel within 30 days.

ORDERED that Defendant shall produce the "Presentence Investigation Report" labeled "WIF Doc 4" in the *Vaughn* Index to Plaintiff's Counsel within 30 days.

SO ORDERED

DATED:                                              _____
                                                              United States District Judge