UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 22-1427 (RC) |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S ADDITIONAL STATEMENT OF MATERIAL FACTS

　　Defendant, the Department of Justice ("Department"), hereby submits the following response to Plaintiff's statement of material facts as to which Plaintiff contends there are no genuine issues in support of their Cross-Motion for Summary Judgment in this litigation arising out of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552(b)(5).

　　1-8.　Paragraphs 1 through 8 consists of Plaintiff's characterizations of a presentence investigation report in a criminal case before the U.S. District Court for the District of Minnesota, to which no response is required. The Department respectfully refers the Court to the presentence investigation report cited by Plaintiff for a complete and accurate statement of its contents and denies the allegations inconsistent with the full contents of the presentence investigation report.

　　9.　This paragraph consists of Plaintiff's characterization of its FOIA request, to which no response is required. The Department respectfully refers the Court to the FOIA request cited by Plaintiff for a complete and accurate statement of its contents and denies the allegations inconsistent with the full contents of the FOIA request.

10. This paragraph consists of Plaintiff's characterization of correspondence from the Department, to which no response is required. The Department respectfully refers the Court to the correspondence cited by Plaintiff for a complete and accurate statement of its contents and denies the allegations inconsistent with the full contents of the FOIA correspondence.

11. This paragraph consists of Plaintiff's characterization of its appeal of the Department's initial response to the FOIA request, to which no response is required. The Department respectfully refers the Court to the appeal cited by Plaintiff for a complete and accurate statement of its contents and denies the allegations inconsistent with the full contents of the appeal.

12. This paragraph consists of Plaintiff's characterization of correspondence from the Department, to which no response is required. The Department respectfully refers the Court to the correspondence cited by Plaintiff for a complete and accurate statement of its contents and denies the allegations inconsistent with the full contents of the correspondence.

13. Admitted.

14. This paragraph consists of Plaintiff's characterization of the Declaration of Natasha Hudgins (ECF No. 25-3, "Hudgins Declaration")), to which no response is required. The Department respectfully refers the Court to the Hudgins Declaration cited by Plaintiff for a complete and accurate statement of its contents and denies the allegations inconsistent with the full contents of the Hudgins Declaration.

*   *   *

Date:  February 3, 2025
      Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    */s/ Fithawi Berhane*
     FITHAWI BERHANE
     Assistant United States Attorney
     601 D Street, N.W.
     Washington, D.C. 20530
     (202) 252-6653
     Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*