UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>  Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>  Defendant. | Civil Action No. 22-1427 (RC) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's Cross-Motion for Summary Judgment, any oppositions and replies, and the entire record herein, it is hereby:

ORDERED that Defendant's Motion is GRANTED; and it is further

ORDERED Plaintiff's Cross-Motion is DENIED; and it is further

ORDERED that summary judgment is GRANTED to Defendant on all of Plaintiff's pending claims in this case.

Dated this ___ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE